# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

CORIONTAE BARNETT,                )
                                  )
    Plaintiff,                 )
                                  )
v.                                )    Case No. CIV-25-1185-D
                                  )
TRANSUNION LLC, et al.,           )
                                  )
    Defendants.                )

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Chris M. Stephens pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 7], in its entirety.

For the reasons stated therein, Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] and his Amended Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 5] are **DENIED**. If Plaintiff's filing fee is not received by the Clerk of the Court within 21 days of this Order, this action will be dismissed without prejudice.[1]

**IT IS SO ORDERED** this 1st day of December, 2025.

TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] The Report and Recommendation [Doc. No. 7] was returned as undeliverable twice [Doc. Nos. 8, 9], but it is Plaintiff's responsibility to notify the Court of any address changes. The Report and Recommendation was mailed to the only address Plaintiff has provided to the Court.